UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.   16-21077 |
| HUISMAN, DERLIN J. | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:

11:00 a.m. on Friday,  June 9, 2017
in Courtroom 240 of the Kane County Courthouse
100 South Third Street, Geneva, Illinois 60134

Date Mailed:    05/15/2017                              By :    /s/ Elizabeth Berg

                                                                            Trustee

Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

|   |   |   |
|---|---|---|
| | § | |
| HUISMAN, DERLIN J. | § | Case No.  16-21077 |
| | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

SUMMARY OF  TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

The Final Report shows receipts of                              $                    4,000.00
and approved disbursements of                              $                         15.00
leaving a balance on hand of:                              $                    3,985.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:  Elizabeth C. Berg, Trustee | $       1,000.00 | $       0.00 | $       1,000.00 |
| Attorney for Trustee, Fees:  Baldi Berg, Ltd. | $       1,500.00 | $       0.00 | $       1,500.00 |

Total to be paid for chapter 7 administrative expenses                                         $        2,500.00

Remaining Balance                                                                                                   $        1,485.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $21,597.98 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 ⁄, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Bureaus Investment Group Portfolio | $       6,823.78 | $       0.00 | $       469.18 |
| 00002 | Discover Bank Discover Products Inc | $       7,436.66 | $       0.00 | $       511.32 |
| 00003 | Quantum3 Group LLC as agent for | $       406.78 | $       0.00 | $       27.97 |
| 00004 | Midland Funding LLC | $       452.16 | $       0.00 | $       31.09 |
| 00005 | Midland Funding LLC | $       2,517.68 | $       0.00 | $       173.11 |
| 00006 | Portfolio Recovery Associates, LLC | $       3,960.92 | $       0.00 | $       272.33 |

Total to be paid to timely general unsecured creditors                                       $        1,485.00

Remaining Balance                                                                                                   $            0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 ∕ , plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 ∕ , plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:    /s/ Elizabeth Berg
Trustee

Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 16-21077-JSB
Derlin J. Huisman                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales         Page 1 of 1          Date Rcvd: May 15, 2017
                              Form ID: pdf006         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
db            +Derlin J. Huisman,    2037 Mission Hills Drive,    Elgin, IL 60123-6523
aty           +Baldi Berg Ltd,    20 N Clark Street Ste 200,    Chicago, IL 60602-4120
25013299      +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24872991       E-mail/PDF: rmscedi@recoverycorp.com May 16 2017 00:34:08
                Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
24876654       E-mail/Text: mrdiscen@discover.com May 16 2017 00:43:00     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
25147607       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2017 00:33:59
                Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK,    (CARE CREDIT),
                POB 41067,    Norfolk, VA 23541
24891084       E-mail/Text: bnc-quantum@quantum3group.com May 16 2017 00:43:45
                Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                Kirkland, WA 98083-0788
                                                                           TOTAL: 4

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
         Constantine Dean Matsas    on behalf of Debtor 1 Derlin J. Huisman cdmatsas@matsaslaw.com,
         info@matsaslaw.com
         Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@iq7technology.com,jmanola@baldiberg.com
         Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
         Elizabeth C Berg    on behalf of Attorney    Baldi Berg, Ltd. bergtrustee@baldiberg.com,
         eberg@iq7technology.com,jmanola@baldiberg.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                           TOTAL: 5