UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
HUISMAN, DERLIN J. §   Case No. 16-21077
  §
    Debtor(s) §
  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $77,350.00 (Without deducting any secured claims) | Assets Exempt: $71,600.00 |
| Total Distributions to Claimants: $1,485.00 | Claims Discharged Without Payment: $20,112.98 |
| Total Expenses of Administration: $2,515.00 | |

3) Total gross receipts of $4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $164,667.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $2,515.00 | $2,515.00 | $2,515.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $21,325.56 | $21,597.98 | $21,597.98 | $1,485.00 |
| **TOTAL DISBURSEMENTS** | $185,992.56 | $24,112.98 | $24,112.98 | $4,000.00 |

4) This case was originally filed under chapter 7 on 06/29/2016. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :  08/30/2017                        By :  /s/ Elizabeth C Berg
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 1247 Highland, Berwyn, IL | 1110-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | $4,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank, N.A. | | $43,284.00 | NA | NA | $0.00 |
| | Capital One Auto Finance | | $12,717.00 | NA | NA | $0.00 |
| | Citicorp Trust Bank | | $108,666.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $164,667.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Baldi Berg, Ltd. | 3110-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Texas Capital Bank | 2600-000 | NA | $15.00 | $15.00 | $15.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,515.00 | $2,515.00 | $2,515.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank | | NA | NA | NA | $0.00 |
| | Us Bank | | NA | NA | NA | $0.00 |
| | Us Bank | | NA | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00006 | Portfolio Recovery Associates, | 7100-000 | $3,690.00 | $3,960.92 | $3,960.92 | $272.33 |
| 00005 | Midland Funding LLC | 7100-000 | $2,517.00 | $2,517.68 | $2,517.68 | $173.11 |
| 00004 | Midland Funding LLC | 7100-000 | $452.00 | $452.16 | $452.16 | $31.09 |
| 00003 | Quantum3 Group LLC as agent | 7100-000 | $406.78 | $406.78 | $406.78 | $27.97 |
| 00002 | Discover Bank Discover Products | 7100-000 | $7,436.00 | $7,436.66 | $7,436.66 | $511.32 |
| 00001 | Bureaus Investment Group | 7100-000 | $6,823.78 | $6,823.78 | $6,823.78 | $469.18 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,325.56 | $21,597.98 | $21,597.98 | $1,485.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-21077 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: HUISMAN, DERLIN J. | | Date Filed (f) or Converted (c): 06/29/2016 (f) |
| | | 341(a) Meeting Date: 07/25/2016 |
| For Period Ending: 08/30/2017 | | Claims Bar Date: 12/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Residence-2037 Mission Hills Dr., Elgin | 92,000.00 | 0.00 | | 0.00 | FA |
| 2. 1247 Highland, Berwyn, IL | 60,000.00 | 50,000.00 | | 4,000.00 | FA |
| 3. 2014 Hyundai Accent 50,000 miles | 9,500.00 | 0.00 | | 0.00 | FA |
| 4. Misc. household goods | 500.00 | 0.00 | | 0.00 | FA |
| 5. Misc. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 7. Savings account-US Bank | 0.00 | 0.00 | | 0.00 | FA |
| 8. Checking account-Chase Bank | 175.00 | 0.00 | | 0.00 | FA |
| 9. Checking account-Chase Bank | 1,150.00 | 0.00 | | 0.00 | FA |
| 10. Checking account - US Bank | 400.00 | 0.00 | | 0.00 | FA |
| 11. Checking account-US Bank | 1,250.00 | 0.00 | | 0.00 | FA |
| 12. 401k - Home Depot | 50,000.00 | 0.00 | | 0.00 | FA |
| 13. 2015 federal and state tax refund | 650.00 | 0.00 | | 0.00 | FA |
| 14. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 215,875.00 | 50,000.00 | | 4,000.00 | 0.00 |

Re Prop. #1   one-half interest with non-filing spouse
Re Prop. #2   Trustee is investigating --
one half interest in home of disabled brother, held in title by the James Huisman Irrevocable Supplemental Needs Trust dated March 19, 2004 and the debtor, as tenants in common.
Although there may be equity in said real estate, debtor believes due to the fact debtor's severely disabled brother occupies said property as his home and is title holder through his supplemental needs trust, said property is subject to the provisions of 11 USC Section 363 (e) and (h)(3).

UST Form 101-7-TDR (10/1/2010) (Page 5)                                                                                                                  Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-21077 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: HUISMAN, DERLIN J. | | Date Filed (f) or Converted (c): 06/29/2016 (f) |
| | | 341(a) Meeting Date: 07/25/2016 |
| For Period Ending: 08/30/2017 | | Claims Bar Date: 12/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #7   One half interest in Savings account with Nell at US Bank

Re Prop. #8   one-half interest with non-filing spouse
Re Prop. #9   one-half interest with non-filing spouse
Re Prop. #10  one-half interest with brother for SSI
Re Prop. #11  1/2 interest in checking account with brother at US Bank for taxes on house
Re Prop. #13  received and used for necessary living expenses
Re Prop. #14  Term life insurance through American Family Insurance and Reliance Standard Life; beneficiaries are spouse and children

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 3, 2017:  Final distribution made; Trustee will prepare TDR upon receipt of zero balance bank statement

April 4, 2017: Trustee settled with the Debtor for the estate's 1/2 interest in the real estate located at 1247 Highland Avenue, Berwyn, Illinois for $4,000.00. After approval of the sale by the Court, Debtor paid $4,000.00 to the Trustee. Trustee has reviewed claims, prepared her Final Report and Fee Applications and will submit to the UST for approval.

October 26, 2016: Debtor owns a 1/2 interest in a single family residence which is occupied by Debtor's disabled brother. A supplemental needs trust of which Debtor is trustee and his brother is beneficiary owns the other half. Since the first meeting of creditors in July, 2016, Trustee has conducted research regarding the value of the home and her ability to sell both the Estate's interest and that of the co-owner trust. TR has consulted with Debtor's counsel and they have agreed to discuss possible sale alternatives once the claims bar date in December 2016 has passed.

Initial Projected Date of Final Report(TFR) : 10/01/2017        Current Projected Date of Final Report(TFR) :  10/01/2017

| Trustee's Signature | /s/Elizabeth C Berg | Date: 08/30/2017 |
|---|---|---|
| | Elizabeth C Berg | |
| | 20 N. Clark St., Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

UST Form 101-7-TDR (10/1/2010) (Page 6)                                                                                                          Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-21077 | |
| Case Name: | HUISMAN, DERLIN J. | |
| Taxpayer ID No: | **-***9508 | |
| For Period Ending: | 8/30/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C Berg | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******5245 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/22/2017 | [2] | Derlin & Denise Huisman<br>2037 Mission Hills Drive<br>Elgin, IL 60123 | Debtor's Purchase of 1/2 interest in 1247 Highland Avenue, Berwyn, Illinois | 1110-000 | 4,000.00 | | 4,000.00 |
| 04/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 3,985.00 |
| 06/12/2017 | 51001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,000.00 | 2,985.00 |
| 06/12/2017 | 51002 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 1,500.00 | 1,485.00 |
| 06/12/2017 | 51003 | Bureaus Investment Group Portfolio No 15 LLC c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Disb of 6.88% to Claim #00001 | 7100-000 | | 469.18 | 1,015.82 |
| 06/12/2017 | 51004 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 6.88% to Claim #00002 | 7100-000 | | 511.32 | 504.50 |
| | | | | Page Subtotals | 4,000.00 | 3,495.50 | |

UST Form 101-7-TDR (10/1/2010) (Page 7) **Exhibit 9**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 16-21077 | Trustee Name: | Elizabeth C Berg |
| Case Name: | HUISMAN, DERLIN J. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5245 Checking Account |
| Taxpayer ID No: | **-***9508 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/30/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/12/2017 | 51005 | Quantum3 Group LLC as agent for Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 6.88% to Claim #00003 | 7100-000 | | 27.97 | 476.53 |
| 06/12/2017 | 51006 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Disb of 6.88% to Claim #00004 | 7100-000 | | 31.09 | 445.44 |
| 06/12/2017 | 51007 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Disb of 6.88% to Claim #00005 | 7100-000 | | 173.11 | 272.33 |
| 06/12/2017 | 51008 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (CARE CREDIT)<br>PO Box 41067<br>Norfolk, VA 23541 | Disb of 6.88% to Claim #00006 | 7100-000 | | 272.33 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 504.50 |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 4,000.00 | 4,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 4,000.00 | 4,000.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 4,000.00 | 4,000.00 |

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-21077 | Trustee Name: | Elizabeth C Berg |
| Case Name: | HUISMAN, DERLIN J. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5245 Checking Account |
| Taxpayer ID No: | **-***9508 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/30/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 4,000.00 | | | | | |
| All Accounts Gross Disbursements: | 4,000.00 | | ******5245 Checking Account | 4,000.00 | 4,000.00 | |
| All Accounts Net: | 0.00 | | **Net Totals** | 4,000.00 | 4,000.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 9) **Exhibit 9**